UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. No. 13- 10065 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS J. KENNEDY, | ) | **FILED UNDER SEAL** |
| | ) | |
| Defendant. | ) | |

### MOTION TO SEAL

The government respectfully moves the Court to seal the Information, this motion, the Court's order on this motion, and any other paperwork related to this matter, until further order of this Court. As grounds for this motion, the government states that public disclosure of these materials might jeopardize the ongoing investigation of this case and the safety of potential witnesses.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

By: /s/ Zachary R. Hafer
Zachary R. Hafer
Assistant U.S. Attorney

Dated: March 13, 2013