

# M E M O R A N D U M

**To:**  Honorable William G. Young, U.S. District Judge
**From:**  Nicole Monteiro, U.S. Probation Officer
**Re:**  **Kennedy, Thomas J.**
   **Dkt. No.:1:13CR10065-001**
   **Restitution Order/Payment Schedule Policy**

**Date:**  February 4, 2016

This memorandum serves as notification of a restitution payment schedule set upon by the above Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the Supervising Probation Officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court.  The schedule is based upon the defendants' ability to pay at the time it is formulated.  Periodic reviews of the probationers' financial situation will be made in order to determine whether the schedule shall be changed.  In the event any changes are made, the Court will be so advised.

At the present time, the agreement as to Thomas J. Kennedy is as follows:

> The offender has agreed to pay her Court-ordered Special Assessment of $500, and Restitution of $223,991.74 in monthly installments of $150.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved By:

*/s/ Basil F. Cronin*
Basil F. Cronin
Supervising U.S. Probation Officer

[  ] Approved
[  ] Not Approved:

_____
Honorable William G. Young
U.S. District Judge